1  McGREGOR W. SCOTT
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814-2322
4  Telephone: (916) 554-2700

5  Attorneys for Defendant

6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  TIMOTHY C. LUTON,
                                          CASE NO. **2:06-CV-00338-DAD**
10       Plaintiff,

11    v.                                  DEFENDANT'S *EX PARTE* REQUEST
                                          FOR ORDER DIRECTING PLAINTIFF
12 JO ANNE B. BARNHART,                   TO DISCLOSE SOCIAL SECURITY
    Commissioner of                       NUMBER (Local Rule 8-206(a)(3)
13  Social Security,                      AND ORDER

14       Defendant.

15

16       Defendant JO ANNE B. BARNHART, Commissioner of Social Security, hereby requests

17 *ex parte* that this Court issue the attached Order directing Plaintiff *in pro per* in the above-

18 referenced action to disclose his Social Security Number (SSN) to the U.S. Attorney's Office

19 within 5 days from the date of service of the Order.

20       On March 10, 2006, the U.S. Attorney's Office was served in this action. See Court

21 Docket Entry No. 10. The record of this Court does not reflect a telephone number for Plaintiff.

22 See Docket caption. Therefore, on March 13, 2006, a written request for private disclosure

23 (including a copy of Local Rule 8-206 and a prepaid return envelope) was sent to Plaintiff at his

24 address of record. See Declaration of Karen Clark (Clark Decl.) at ¶ 7. On March 21, 2006, the

25 return envelope was received back by the U.S. Attorney's Office (Decl. at ¶ 8); however, instead

26 of containing Plaintiff's SSN, it contained only the copy of Local Rule 8-206 that had been sent

27 as an attachment to the request for disclosure.

28 /////

Ex Parte Request for SSN - 2:06-cv-00338-DAD           1

1     Regardless of whether the omission of Plaintiff's SSN from the above-mentioned return
2 communication was deliberate or inadvertent, Defendant's position is prejudiced by Plaintiff's
3 failure to timely provide his SSN as required by the court's rules, since Defendant cannot
4 commence preparations to respond to Plaintiff's complaint in the absence of Plaintiff's SSN.
5     Therefore, Defendant hereby requests that the Court issue an Order which 1) directs
6 Plaintiff to provide his SSN forthwith and 2) stays all deadlines remaining under the Court's
7 February 27, 2006 Scheduling Order, pending receipt of Plaintiff's SSN by the U.S. Attorney's
8 Office.  Said deadlines will then follow upon the date of such receipt.

10 DATED: March 23, 2006                        McGREGOR W. SCOTT
                                                  United States Attorney

12                               By:   */s/ Bobbie J. Montoya*
                                                  BOBBIE J. MONTOYA
13                                                   Assistant U. S. Attorney

14                                                   Attorneys for Defendant

16                                                   <u>ORDER</u>

17     Plaintiff is hereby directed to disclose his Social Security Number to the U.S. Attorney's
18 Office within 5 days of service of this Order.  All remaining deadlines under the Scheduling
19 Order in this case shall be stayed pending disclosure of the required information to the U.S.
20 Attorney's Office, and shall thereafter follow upon the date of such disclosure.
21     IT IS SO ORDERED.
22 DATED: March 23, 2006.

                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

26 Ddad1/orders.socsec/luton0338.ord