UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA (Sacramento)

| | |
|---|---|
| TIMOTHY LUTON,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br><br>    Respondent - Appellee. | No. 07-15672<br>D.C. No. CV-06-00338-DAD<br><br>ORDER |

**FILED**

JUN 1 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith     [X]

Explanation: Plaintiff's case was dismissed without prejudice due to his failure to exhaust administrative remedies by obtaining a final decision of the Commissioner of Social Security.

_____
Judge
United States District Court

Date: June 19, 2007